# Exhibit A

# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NEW YORK 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

October 5, 2018

**VIA CERTIFIED MAIL (RETURN RECEIPT)**

Apple Inc.
ATTN: Legal Department
1 Infinite Loop
Cupertino, CA 95014

  re: *screen representations of all Phone X, iPhone XS, iPhone XS Max, and iPhone XR phones (collectively the "Products")*

To Whom It May Concern:

  This demand letter serves as a notice and demand for corrective action on behalf of the claimants, California Plaintiff Christian Sponchiado and New York Plaintiff Courtney Davis, arising from violations of provisions of California, New York, and Federal law, including but not limited to California's Consumer Legal Remedies Act (Cal. Civ. Code § 1750, *et seq.*), California's Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, *et seq.*), California's False Advertising Law (Cal. Bus. & Prof. Code § 17500, *et seq.*), New York General Business Law § 349, and New York General Business Law § 350. Apple Inc. has employed and committed methods, acts, and practices in violation of consumer protection laws of the United States, including those laws and statutes enumerated above, as described below and in the attached Complaint. Accordingly, this letter constitutes written notice under Cal. Civ. Code § 1782, Ala. Code § 18-19-10(e); Ga. Code § 10-1-399(b); Ind. Code Ann. § 24-5-0.5-5(a); Kan. Stat. Ann. § 50-634(g); Me. Rev. Stat. Ann. Tit. 5 § 213(1-A); Mass. Gen. Laws ch. 93A, § 9(13); W. Va. Code § 46A-6-106(a); Wyo. Stat. Ann. § 40-12-109, and all similar consumer protection law notice requirements.

  Pursuant to U.C.C. § 2-607(3)(a), this letter also serves as notice of our client's claims for breach of express warranty, breach of implied warranty of merchantability, and breach of implied warranty of fitness for a particular purpose under the laws of the fifty states and the District of Columbia, including California and New York.

  As detailed in the attached draft complaint, Christian Sponchiado purchased an iPhone X in the 256GB model and was financially injured as a result. Courtney Davis purchased an iPhone XS Max in the 64GB model and was financially injured as a result.

  Each Product is labeled and advertised as possessing a particular screen resolution and screen size, but in every case the advertised resolution and screen size are false, and the true

resolution and screen size of the Product are far less than represented. The Product packaging and advertising are therefore false and misleading.

My clients are acting on behalf of a Nationwide Class comprised of all United States consumers who purchased, pre-purchased, leased, or otherwise financed a Product.

To cure the defects described above, we demand that you (i) cease and desist from continuing to label and advertise the Product with the misleading pixel resolution representations; (ii) issue an immediate recall on any Product with misleading labels; (iii) correct, repair, replace, or otherwise rectify the defective Product; and (iv) make full restitution to all purchasers throughout the United States of all purchase money obtained from sales thereof.

We further demand that you preserve all documents (including electronic documents) and other evidence which refer or relate to any of the above-described practices, including but not limited to the following:

(i) All documents concerning the manufacture, labeling and packaging process of the Product;

(ii) All documents concerning the advertisement marketing, or sale of the Product; and

(iii) All communications with customers concerning complaints or comments concerning the Product.

We are willing to discuss the demands asserted in this letter. If you wish to enter into such discussions, please contact me immediately. I have also enclosed an unfiled complaint explaining your violations in greater details. If I do not hear from you promptly by November 9, 2018, I will conclude that you are not interested in resolving this dispute short of litigation. If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents promptly.

Very truly yours,



C.K. Lee, Esq.