| | |
|---|---|
| C.K. Lee, Esq., *admitted pro hac vice*<br>LEE LITIGATION GROUP, PLLC<br>30 East 39th Street, Second Floor<br>New York, NY 10016<br>Tel.: 212-465-1188<br>Fax: 212-465-1181<br>Email: cklee@leelitigation.com<br><br>*Attorney for Plaintiffs and the Proposed Class* | Tiffany Cheung (CA SBN 211497)<br>TCheung@mofo.com<br>Sabrina Larson (CA SBN 291661)<br>SLarson@mofo.com<br>Claire Bonelli (CA SBN 317735)<br>CBonelli@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>*Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Sponchiado et al,<br><br>                        Plaintiffs,<br><br>v.<br><br>Apple Inc.,<br><br>                        Defendant. | Case No.: 4:18-cv-07533<br><br>**JOINT STIPULATION TO AMEND BRIEFING SCHEDULE**<br><br>**Case Filed: December 14, 2018**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 02, 4th Floor |

     Pursuant to Local Rule 6-1(b), it is stipulated between Plaintiffs and Defendant, by their respective counsels, as follows:

        1. Plaintiffs filed their initial Complaint on December 14, 2018 (Docket No. 1);

        2. On February 19, 2019, the Court extended Defendant's deadline to respond to the Complaint to March 22, 2019 and vacated the Case Management Conference set for March 26, 2019 (Docket No. 21);

3. Defendant filed a Motion to Dismiss all claims in Plaintiffs' Complaint on March 22, 2019 (Docket No. 22);

4. Plaintiffs' Opposition is due on or before April 5, 2019, and Defendant's Reply is due on or before April 12, 2019;

5. Plaintiffs have informed Defendant that in response to Defendant's Motion to Dismiss, they intend to file an amended complaint, and they seek an extension of time to file their amended complaint;

6. Plaintiffs and Defendant have conferred regarding a schedule for Plaintiffs' anticipated amended complaint and Defendant's anticipated Motion to Dismiss the Amended Complaint;

7. Subject to the Court's approval, the parties have agreed to the following schedule for Plaintiffs' Amended Complaint and Defendant's Motion to Dismiss:

- Amended Complaint due April 24;
- Motion to Dismiss due May 22;
- Opposition to Motion to Dismiss due June 12;
- Reply in support of Motion to Dismiss due June 26;

8. The parties have also conferred and agreed that discovery in this matter should not proceed until the pleadings, and the claims at issue, have been settled;

9. The foregoing stipulation would not alter the date of any deadline already fixed by Court order.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 4, 2019      LEE LITIGATION GROUP, PLLC

*By:*  */s/ C.K. Lee*
   C.K. Lee, Esq.

   Attorney for Plaintiffs and the Proposed Class

Dated: April 4, 2019      MORRISON & FOERSTER LLP

*By:*  */s/ Tiffany Cheung*
   Tiffany Cheung

   Attorney for Defendant,
   Apple Inc.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this Joint Stipulation to Amend Briefing Schedule is submitted, concur in the filing's content and have authorized filing.

Dated: April 4, 2019                    LEE LITIGATION GROUP, PLLC


*By:*  */s/ C.K. Lee*
　　　C.K. Lee, Esq.

　　　Attorney for Plaintiffs and the Proposed Class

**[PROPOSED] ORDER**

Having considered the Parties' within Stipulation, and finding good cause therefore, IT IS HEREBY ORDERED THAT:

Plaintiffs' deadline to file an Amended Complaint is extended until April 24, 2019;

Defendant's Motion to Dismiss any Amended Complaint will be due on May 22, 2019;

If Defendant files a Motion to Dismiss, Plaintiffs' Opposition to Defendant's Motion to Dismiss will be due on June 12, 2019, and Defendant's Reply in support of the Motion to Dismiss will be due on June 26, 2019.

If an amended complaint is e-filed by April 24, 2019, the pending motion to dismiss (docket no. 22) will be terminated by the Court as moot.

IT IS SO ORDERED.

Dated: 4/8/2019

_____
UNITED STATES DISTRICT COURT JUDGE