UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTIAN SPONCHIADO and COURNEY DAVIS, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>                      Defendant. | Case No.: 18-cv-07533<br><br>**ORDER GRANTING TELEPHONIC APPEARANCE** |

     Having considered the Plaintiffs' within Motion, and finding good cause therefore, IT IS HEREBY ORDERED THAT:

     Plaintiffs' Motion for Plaintiffs' Counsel to Appear Telephonically at the Case Management Conference on January 21, 2020 at 2:00 p.m., is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

     IT IS SO ORDERED.

Dated: 1/15/2020

                                              HEYWOOD S. GILLIAM, JR.
                                              United States District Judge