| | |
|---|---|
| 1  TIFFANY CHEUNG (CA SBN 211497)<br>    TCheung@mofo.com<br>2  SABRINA LARSON (CA SBN 291661)<br>    SLarson@mofo.com<br>3  MORRISON & FOERSTER LLP<br>    425 Market Street<br>4  San Francisco, California  94105<br>    Telephone:    (415) 268-7000<br>5  Facsimile:     (415) 268-7522<br><br>6  Attorneys for Defendant<br>   APPLE INC.<br>7 | C.K. Lee, *Admitted Pro Hac Vice*<br>Lee Litigation Group, PLLC<br>148 West 24th Street, Eighth Floor<br>New York, NY 10011<br>Tel.: 212-465-1188<br>Fax: 212-465-1181<br>Email: cklee@leelitigation.com<br><br>David A. Makman, Esq. (SBN: 178195)<br>Law Offices of David Makman<br>483 Seaport Court, Suite 103<br>Redwood City, CA 94063<br>Tel: 650-242-1560<br>Fax: 650-242-1547<br>Email: david@makmanlaw.com<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTIAN SPONCHIADO and COURTNEY DAVIS, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>APPLE INC.,<br><br>              Defendant. | Case No.   4:18-cv-07533-HSG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr.<br>FAC Filed:   April 24, 2019 |

1  TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

2  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties
3  hereby stipulate that the claims of Plaintiffs Christian Sponchiado and Courtney Davis are
4  voluntarily dismissed with prejudice, and the putative class claims dismissed without prejudice.
5  Each party will bear its respective fees and costs incurred.

9  Dated: September 10, 2020

C.K. LEE
LEE LITIGATION GROUP, PLLC

By:  */s/ C.K. Lee*
     C.K. Lee, Esq.

*Attorney for Plaintiffs*

16  Dated: September 10, 2020

TIFFANY CHEUNG
MORRISON & FOERSTER LLP

By:  */s/ Tiffany Cheung*
     TIFFANY CHEUNG

*Attorneys for Defendant*

## ECF ATTESTATION

I, C.K. Lee, am the ECF User whose ID and password are being used to file this **STIPULATION OF DISMISSAL WITH PREJUDICE**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Tiffany Cheung, counsel for Defendant, has concurred in this filing.

Dated: September 10, 2020

C.K. LEE
LEE LITIGATION GROUP, PLLC

By: */s/ C.K. Lee*
C.K. Lee, Esq.

*Attorney for Plaintiffs*